# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT JAMES RAGLAND

VERSUS

KATHERINE DIAMOND RAGLAND

NO.  2026 CW 0608

**MAY 7, 2026**

---

In Re:  Katherine Diamond Ragland, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 209479.

---

**BEFORE:  McCLENDON, C.J., WOLFE, MILLER, STROMBERG AND FIELDS, JJ.**

**STAY GRANTED; WRIT GRANTED.**  The hearing on the motion to recuse set on May 8, 2026 is stayed until actions are issued in 2026 CW 0337 and 2026 CW 0489.

PMc
EW
TPS

**Fields, J.,** would issue an interim order staying the hearing on the motion to recuse and ordering relator to supplement this writ application with the transcript of the April 29, 2026 hearing.

**Miller, J.,** dissents and would deny the stay and deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT